UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CIVIL ACTION NO. 6:07-333-KKC

SHANNON G. SWAFFORD,                                      PLAINTIFF

v.                          **OPINION AND ORDER**

MICHAEL B. MUKASEY,
United States Attorney General, and
UNITED STATES DEPARTMENT OF JUSTICE,
BUREAU OF PRISONS, FEDERAL
CORRECTIONAL INSTITUTION (FCI),
MANCHESTER, KENTUCKY,                        DEFENDANTS

\* \* \* \* \* \* \* \*

       This matter is before the Court on the Defendants' Motion to Dismiss, or in the alternative, Motion for Summary Judgment [R. 7]. Upon review of the arguments raised in the Motion to Dismiss, the Court is convinced that Defendants' position has legal merit. Plaintiff has brought a variety of claims pursuant to the Family and Medical Leave Act [hereinafter, "FMLA"]. Plaintiff was employed by the Federal Bureau of Prisons for a period of time greater than twelve months. Hence, her rights under the FMLA are governed by Title II, 5 U.S.C. §§ 6381–87. Case law indicates that there is no privately enforceable right of action under Title II of the FMLA. *See, e.g.*, *Russell v. U.S. Dept. of the Army*, 191 F.3d 1016, 1018-19 (9th Cir. 1999); *Mann v. Haigh*, 120 F.3d 34, 37 (4th Cir. 1997); *Hulett v. America's Finest Serv. Co.*, 2005 U.S. Dist. LEXIS 41952, at \*6-8 (N.D. Ohio Sept. 14, 2005). The Court therefore lacks subject-matter jurisdiction over Plaintiff's complaint. The matter must be dismissed.

       It is also noted that Plaintiff never filed a Response to the Defendants' Motion to Dismiss. Plaintiff had previously filed, and had been granted, Motions for Extensions of Time in

which to file such a Response. However, Plaintiff did not file her Response by the date requested, April 8. Nor has Plaintiff made any other filings of any kind since that due date. As such, the Court assumes that Plaintiff chose not to file a Response and did not wish to oppose the Motion to Dismiss.

**WHEREFORE,** the Court being sufficiently advised, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [R. 7] is **GRANTED.**

Dated this 30th day of April, 2008.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge